Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUAD INT'L., INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE, )<br>)<br>Defendant. )<br>)<br>_____ ) | No. 2:12−CV−02633−WBS−EFB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

On January 11, 2013, Plaintiff filed a Motion for Administrative Relief for Leave to Continue Status (Pretrial Scheduling) Conference. In light of the points made in Plaintiff's Motion, and for good cause appearing,

IT IS HEREBY ORDERED that the case management currently scheduled for February 4, 2013 is continued to **Monday March 18, 2013 at 2:00 P.M.**

DATED: January 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE